IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | MISCELLANEOUS ACTION NO. |
| CODY WARDEN | § § § | 4:22-MC-12-P |

## ORDER

Unless appearing for a hearing Ordered by the Court, the above referenced litigant is **only** allowed access to the 3rd floor Clerk's Office of the Eldon B. Mahon Courthouse. The litigant must have a Court Security Officer, or any other law enforcement officer, escort him to the 3rd floor Clerk's Office for conducting any business or filings. Mr. Warden should then directly be escorted out of the building.

**SO ORDERED** on this **26th day** of **September 2022.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE